So Ordered.

Signed this 24 day of April, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re Francis G Sicari                        ,  )
*[Set forth here all names including married, maiden, and trade*  )
*names used by debtor within last 8 years.]*  )
                                                )
                        Debtor                  )   Case No. 24-11288
                                                )
                                                )
Last four digits of Social Security No(s): 4280 )   Chapter 7
Employer Tax Identification (EIN) No(s). (if any) _____ )

## Order Vacating an Order Entered in Error

The Bankruptcy Court Clerk's Office for the Northern District of New York notes that the following order was entered in error:

Final Decree. (Sitcer, Katherine) (Entered: 04/16/2025)

IT IS ORDERED:

The above referenced order is hereby vacated and of no effect.

#####

O:M162(03/20/2014)